AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sweet, Robert W. | U.S. District Court | 08/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior status) | ☐ Nomination     Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
500 Pearl St - Room 1940
New York, NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | The Constitution Works |
| 2. | Member, Board of Directors | World Figure Skating Museum |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pfizer | A | Dividend | J | T | Buy (add'l) | 09/24/14 | J | | |
| 2. IBM | B | Dividend | K | T | | | | | |
| 3. Walt Disney Company | A | Dividend | L | T | | | | | |
| 4. AT&T Corp | A | Dividend | K | T | Buy (add'l) | 09/24/14 | J | | |
| 5. Alcatel -Lucent | | None | | | Sold | 09/24/14 | J | A | |
| 6. 3M | C | Dividend | M | T | | | | | |
| 7. Imation Corp | | None | | | Sold | 09/24/14 | J | A | |
| 8. Proctor & Gamble Co | B | Dividend | L | T | | | | | |
| 9. General Electric Co. | A | Dividend | K | T | Buy (add'l) | 09/24/14 | J | | |
| 10. LSI Corp | | None | | | Sold | 05/06/14 | J | A | |
| 11. Comcast Corp | A | Dividend | J | T | | | | | |
| 12. Smucker J M Company | | None | | | Sold | 09/24/14 | J | A | |
| 13. Amazon.com Inc. | | None | L | T | Sold (part) | 02/06/14 | J | D | |
| 14. Apple | A | Dividend | K | T | Buy | 09/23/14 | K | | |
| 15. BP PLC ADR | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 16. Target | A | Dividend | K | T | Buy | 09/23/14 | K | | |
| 17. Federated Capital Reserves (a) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo Treasury Plus (a) | A | Dividend | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. Amazon.com Inc | | None | N | T | | | | | |
| 21. USTN 1.375% TIP 7/15/18 | D | Interest | N | T | | | | | |
| 22. Fid. Trust Co Int'l Money Market Fund (a) | A | Dividend | J | T | | | | | |
| 23. RBC Prime Money Market (a) | A | Dividend | L | T | | | | | |
| 24. Estes - Sheridan LP | G | Distribution | J | U | | | | | |
| 25. NP Stratham LLC | | None | N | U | | | | | |
| 26. NP Dover LP | | None | K | U | | | | | |
| 27. NP Nashua LLC | D | Distribution | L | U | | | | | |
| 28. NP Hanson LLC | | None | J | U | | | | | |
| 29. NP Portfolio Account LLC | E | Distribution | M | U | | | | | |
| 30. NPS2 LLC | | None | J | U | | | | | |
| 31. Execwest LLC | | None | M | U | | | | | |
| 32. Execusouth LLC (converted to TIC ownership) | | None | J | U | | | | | |
| 33. | | | | | | | | | |
| 34. Trust #1 (lines 34- 99) (b) | E | Distribution | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 3M | | | | | | | | | |
| 36. Ace Limited | | | | | Sold | 06/30/14 | L | E | |
| 37. Agilent Technologies | | | | | | | | | |
| 38. Amer Intl Group | | | | | | | | | |
| 39. Amgen | | | | | Sold (part) | 01/22/14 | J | B | |
| 40. Analog Devices Inc. | | | | | | | | | |
| 41. Apple Inc | | | | | | | | | |
| 42. Applied Material | | | | | | | | | |
| 43. Biogen Idec | | | | | Buy (add'l) | 03/04/14 | J | | |
| 44. Biogen Idec | | | | | Buy (add'l) | 04/22/14 | J | | |
| 45. Borg Warner | | | | | Sold | 06/26/14 | K | C | |
| 46. Cisco Systems | | | | | Sold (part) | 05/12/14 | J | | |
| 47. Coca Cola | | | | | Sold | 06/13/14 | K | B | |
| 48. Comcast | | | | | | | | | |
| 49. Disney | | | | | Sold (part) | 01/13/14 | J | C | |
| 50. EMC | | | | | Sold (part) | 06/20/14 | J | A | |
| 51. EMC | | | | | Buy (add'l) | 03/04/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Exelis Inc. | | | | | Sold (part) | 05/02/14 | J | B | |
| 53. Exelis Inc. | | | | | Sold (part) | 05/12/14 | J | A | |
| 54. Exxon Mobil Corp | | | | | Sold (part) | 01/22/14 | J | D | |
| 55. Exxon Mobil Corp | | | | | Sold (part) | 05/12/14 | J | D | |
| 56. Halliburton | | | | | Sold | 12/08/14 | J | | |
| 57. ITT Industries | | | | | Sold (part) | 05/02/14 | J | C | |
| 58. Ingersoll Rand | | | | | Sold | 04/22/14 | K | D | |
| 59. International Paper Co | | | | | | | J | B | |
| 60. iShares Core S&P 500 | | | | | Buy | 12/08/14 | L | | |
| 61. Keysight | | | | | Spinoff (from line 37) | 11/06/14 | J | | |
| 62. Lowes | | | | | | | | | |
| 63. Marathon Oil | | | | | Sold | 05/02/14 | J | B | |
| 64. Marathon Oil | | | | | Buy | 06/13/14 | J | | |
| 65. Marathon Oil | | | | | Buy (add'l) | 06/30/14 | J | | |
| 66. McDonalds Corp | | | | | Sold | 01/22/14 | K | D | |
| 67. Medtronics | | | | | | | | | |
| 68. Merck | | | | | Sold (part) | 01/22/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Merck | | | | | Sold (part) | 04/22/14 | J | B | |
| 70. Micron | | | | | Buy | 08/14/14 | J | | |
| 71. Microsoft | | | | | | | | | |
| 72. Netapp | | | | | Sold (part) | 05/12/14 | J | | |
| 73. Netapp | | | | | Sold | 08/14/14 | J | | |
| 74. Oracle | | | | | | | | | |
| 75. Packaging Corp | | | | | | | | | |
| 76. Pfizer | | | | | Sold (part) | 01/22/14 | J | A | |
| 77. Phillip Morris | | | | | Sold (part) | 05/02/14 | J | A | |
| 78. Pub Srv Enterprise | | | | | Buy | 12/17/14 | J | | |
| 79. Suncor | | | | | Sold (part) | 12/08/14 | K | | |
| 80. Suntrust | | | | | Buy (add'l) | 06/30/14 | J | | |
| 81. TRW Auto | | | | | Sold (part) | 05/12/14 | J | B | |
| 82. Teredata Corp | | | | | Sold | 03/04/14 | J | D | |
| 83. Priceline Group | | | | | Buy | 05/12/14 | J | | |
| 84. Priceline Group | | | | | Buy (add'l) | 06/30/14 | J | | |
| 85. Priceline Group | | | | | Sold (part) | 12/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Travelers Co | | | | | | | | | |
| 87. Union Pacific | | | | | Buy | 05/12/14 | K | | |
| 88. United Contl Holdings | | | | | Sold (part) | 01/21/14 | J | C | |
| 89. United Contl Holdings | | | | | Sold (part) | 05/02/14 | J | C | |
| 90. United Technologies | | | | | Sold (part) | 01/22/14 | J | D | |
| 91. United Technologies | | | | | Sold (part) | 05/02/14 | J | D | |
| 92. Unitedhealth Group | | | | | | | | | |
| 93. Universal Health | | | | | Buy | 01/22/14 | J | | |
| 94. Vectrus | | | | | Spinoff (from line 52) | 10/02/14 | J | | |
| 95. WSTN Digital | | | | | Buy | 02/04/14 | J | | |
| 96. Wal Mart | | | | | | | | | |
| 97. Xylem | | | | | Sold (part) | 05/02/14 | J | C | |
| 98. Xylem | | | | | Sold (part) | 05/12/14 | J | C | |
| 99. CMA Money Fund (a) | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. Trust #2 (lines 101 -113) (b) | G | Distribution | P1 | T | | | | | |
| 102. USTN 1.875% due 7/15/19 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Apple Inc | | | | | | | | | |
| 104. Microsoft | | | | | | | | | |
| 105. North Colorado Springs Land & Improvemnet Co. | | | | | | | | | |
| 106. Seagate Tech | | | | | Sold | 05/28/14 | M | G | |
| 107. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 108. Silvercrest Global Fund (formerly MW Global Partners) | | | | | | | | | |
| 109. Pershing Sq LP | | | | | Redeemed (part) | 01/07/14 | N | F | |
| 110. Pershing Sq LP | | | | | Redeemed (part) | 04/11/14 | N | G | |
| 111. Pershing Sq LP | | | | | Redeemed (part) | 06/16/14 | N | G | |
| 112. Pershings Sq LP | | | | | Redeemed | 10/10/14 | N | G | |
| 113. SPDR Gold Trust | | | | | Sold | 12/29/14 | M | | |
| 114. | | | | | | | | | |
| 115. Trust #3 (lines 115 - 133) (b) | G | Distribution | P1 | T | | | | | |
| 116. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 117. Berkshire Hathaway | | | | | | | | | |
| 118. iShares Comex Gold | | | | | | | | | |
| 119. SPDR Gold Trust | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Gotham Absolute Return | | | | | Buy (add'l) | 12/12/14 | J | | |
| 121. Gothan Absolute Return | | | | | Buy (add'l) | 12/19/14 | J | | |
| 122. Gotham Neutral Fund | | | | | Buy | 05/14/14 | P1 | | |
| 123. Gotham Neutral Fund | | | | | Buy (add'l) | 12/19/14 | K | | |
| 124. Estes - Sheridan LP | | | | | | | | | |
| 125. NP Strathan LLC | | | | | | | | | |
| 126. NP Dover LLC | | | | | | | | | |
| 127. NP Nashua LLC | | | | | | | | | |
| 128. NP Hanson LLC | | | | | | | | | |
| 129. NP Portfolio Account LLC | | | | | | | | | |
| 130. NPS2 LLC | | | | | | | | | |
| 131. Execwest LLC | | | | | | | | | |
| 132. Trans-Lux Corp new | | | | | | | | | |
| 133. Trans-Lux Series A pfd | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. Citibank money market account | A | Interest | J | T | | | | | |
| 136. Citibank checking account | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. JPMorgan Chase checking account | | None | J | T | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investements and Trusts

(a) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year.

(b) = Income beneficiary only.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Robert W. Sweet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544